**SEALED**

**FILED**
Jan 20, 2022
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER AUTHORIZING THE INSTALLATION AND USE OF PEN REGISTER AND TRAP AND TRACE DEVICE FOR 661-319-3269. | CASE NO. 1:22-sw-00027-SAB<br><br>ORDER AUTHORIZING THE INSTALLATION AND USE OF PEN REGISTER AND TRAP AND TRACE DEVICE<br><br>**UNDER SEAL** |

### ORDER

CHRISTOPHER D. BAKER, on behalf of the United States, has submitted an application pursuant to 18 U.S.C. §§ 3122 and 3123, requesting that the Court issue an Order authorizing the installation and use of a pen register and trap and trace device ("pen-trap device") on **Target Telephone #1** described below:

> The cellular telephone assigned call number (661) 319-3269 (Target Telephone #1), subscribed to by "Jose ALTAMIRANO" and whose service is provided by AT&T, a company headquartered at North Palm Beach, Florida.

The Court finds that an attorney for the government has submitted the application and has certified that the information likely to be obtained by such installation and use is relevant to an ongoing criminal investigation being conducted by HSI and DEA of unknown individuals in connection with possible violations of 21 U.S.C. §§ 841(a) and 846, distribution of and conspiracy to possess with intent to distribute controlled substances, and possession with intent to distribute controlled substances.

IT IS THEREFORE ORDERED, pursuant to 18 U.S.C. § 3123, that HSI and DEA may install and use a pen-trap device to record, decode, and/or capture dialing, routing, addressing, and signaling

information associated with each communication to or from **Target Telephone #1**, including the date, time, and duration of the communication, and the following, without geographic limit:

- Source and destination telephone numbers;
- Source and destination email addresses, when the cellular device exchanges SMS or MMS messages with an email account; and
- Any unique identifiers associated with the cell phone device or devices used to make and receive calls with **Target Telephone #1**, or to send or receive other electronic communications, including the ESN, MEIN, IMSI, IMEI, SIM, MSISDN, or MIN.

IT IS FURTHER ORDERED, pursuant to 18 U.S.C. § 3123(c)(1), that the use and installation of the foregoing is authorized for sixty days from the date of this Order;

IT IS FURTHER ORDERED, pursuant to 18 U.S.C. §§ 3123(b)(2) and 3124(a)-(b), that AT&T and any other person or entity providing wire or electronic communication service in the United States whose assistance may, pursuant to 18 U.S.C. § 3123(a), facilitate the execution of this Order shall, upon service of this Order, furnish information, facilities, and technical assistance necessary to install the pen-trap devices, including installation and operation of the pen-trap devices unobtrusively and with minimum disruption of normal service;

IT IS FURTHER ORDERED that HSI and DEA reasonably compensate AT&T and any other person or entity whose assistance facilitates execution of this Order for reasonable expenses incurred in complying with this Order;

IT IS FURTHER ORDERED that AT&T and any other person or entity whose assistance may facilitate execution of this Order notify the applicant and HSI and DEA of any changes relating to **Target Telephone #1**, including changes to subscriber information, and to provide prior notice to HSI and DEA before terminating or changing service to the cell phone number;

IT IS FURTHER ORDERED that the HSI and DEA and the applicant have access to the information collected by the pen-trap devices as soon as practicable, twenty-four hours per day, or at such other times as may be acceptable to HSI and DEA, for the duration of the Order;

IT IS FURTHER ORDERED, pursuant to 18 U.S.C. § 3123(d)(2), that AT&T and any other person or entity whose assistance facilitates execution of this Order, and their agents and employees,

1  shall not disclose in any manner, directly or indirectly, by any action or inaction, the existence of the
2  application and this Order, the pen-trap devices, or the investigation to any person, unless and until
3  otherwise ordered by the Court, except that AT&T may disclose this Order to an attorney for AT&T for
4  the purpose of receiving legal advice;

5      IT IS FURTHER ORDERED that the application and this Order are sealed until otherwise
6  ordered by the Court, pursuant to 18 U.S.C. § 3123(d)(1).

Dated: **Jan 20, 2022**

Hon. Stanley A. Boone
U.S. MAGISTRATE JUDGE